**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rigoberto Martinez Arias,<br>Petitioner<br>-vs-<br>Luis Rosa, Jr., et al.,<br>Respondents. | CV-26-5730-PHX-JFM<br><br>**Order** |

Respondents filed a Notice of Compliance (Doc. 17) asserting compliance with the Court's Order (Doc. 14) and Judgment (Doc. 15) issued on September 25, 2026 by providing Petitioner a bond determination hearing on September 29, 2026.

Petitioner has filed an Objection to Notice of Compliance (Doc. 17) asserting the bond determination hearing was not in compliance with the Court's Order because the required two day notice and notice to counsel were not provided. (The Court observes that Petitioner's Objection references the Court's Order being issued on September 28, 2025, but the docket reflects it was issued and electronically noticed on September 25, 2026.)

The Court construes this filing as a motion to enforce judgment.

**IT IS THEREFORE ORDERED**:

(A) Respondents have through **October 7, 2026** to either: (1) a response to the Motion (Doc. 17) showing cause why an order directing Petitioner's release should not be ordered; or (2) a Notice of Compliance evidencing Petitioner's release.

(B) Petitioner has three days from the filing of any response to the Motion to Enforce Judgment to reply thereto.

Dated: October 5, 2026

26-5730o Order 26 10 01 re Obj Not Compl.docx

James F. Metcalf
United States Magistrate Judge