**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Rigoberto Martinez Arias,
Petitioner
-vs-
Luis Rosa, Jr., et al.,
Respondents.

CV-26-5730-PHX-JFM

**Order**

Petitioner has filed an Objection to Notice of Compliance (Doc. 17) asserting the bond determination hearing was not in compliance with the Court's Order because the required two day notice and notice to counsel were not provided. The Court construed the filing as a motion to enforce judgment, and directed Respondents to respond or file a Notice of Compliance evidencing Petitioner's Release. (Order 10/5/26, Doc. 18.)

On October 7, 2026, Respondents filed a Notice of Compliance (Doc. 19) reflecting Petitioner's release on October 7, 2026.

**IT IS THEREFORE ORDERED** Petitioner's Motion to Enforce Judgment (Doc. 17) is **DENIED AS MOOT**.

Dated: October 13, 2026

26-5730-017o Order 26 10 07 on Motion to Enforce Judgment.docx

James F. Metcalf
United States Magistrate Judge